United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| versus | § | Civil Action B-03-103 |
| | § | |
| Maria Isabel Garza | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from Maria Isabel Garza:

A. $4,778.18, plus

B. Prejudgment interest from April 27, 1999, at $0.67 per day until the date of judgment, plus

C. Attorney's fees of $550.00, and all costs of court, plus

D. Post-judgment interest at 1.13 % per annum.

Signed June 4, 2003.

_____
United States District Judge

AGREED:

_____   _____
Maria Isabel Garza                Attorney for the United States