UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Civil Action B-03-103 |
| | § | |
| MARIA ISABEL GARZA | § | |

**United States' Motion to Compel**

United States of America moves for an order compelling Maria Isabel Garza ("Garza") to respond to post-judgment discovery against Garza, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On January 6, 2005, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Garza, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned unclaimed. The first class mail was not returned. The postjudgment discovery sought information regarding the financial condition of Garza, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Garza by letter dated April 20, 2005. (Exhibit 2).

3. Garza failed to respond to the discovery requests. The United States attempted to obtain responses from Garza. The United States could not contact Garza by telephone. Garza's telephone number is not known.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. The United States requests that the court order Garza to respond to post-judgment discovery fully and completely, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

        Respectfully submitted
        BENNETT, WESTON & LaJONE, P.C.

        /s/ J. Michael Weston
By: _____
        J. Michael Weston
        Texas Bar No. 21232100
        SD Tex. No. 21538
        Attorney in Charge
        Matthew L. Weston
        Texas Bar No. 24037698
        SD Tex. No. 33501
        1750 Valley View Lane, Suite 120
        Dallas, Texas  75234
        Telephone: (214) 691-1776
        FAX:   (214) 373-6810
        Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Maria Isabel Garza at 3543 Calle Costa Rica Rd., Brownsville, TX 78521 by certified mail, return receipt requested, and regular mail on this 12th day of July, 2005.

/s/ J. Michael Weston

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | Civil Action B-03-103 |
| MARIA ISABEL GARZA | § | |

**Certificate of Conference**

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Maria Isabel Garza in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Maria Isabel Garza. All attempts to confer with Maria Isabel Garza have been by mail. Maria Isabel Garza's telephone number is unknown.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: /s/ J. Michael Weston
_____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Matthew L. Weston
Texas Bar No. 24037698
SD Tex. No. 33501
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America