

US POSTAGE
★★★
0.488
POSTALIA 345350

# 0000002856

DALLAS
JAN. -6.05
TX

7101 7596 0450 0001 3757

**RETURN RECEIPT REQUESTED**

Maria Garza
3543 Calle Costa Rica Rd.
Brownsville, TX 78521

BENNETT, WESTON & LAJONE, P.C.
1750 Valley View Lane
Suite 100
Dallas, TX 75234

RETURN SERVICE REQUESTED

---

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS MAIL CARRIER**
**DETACH ALONG PERFORATION**

2. Article Number

7101 7596 0450 0001 3757

3. Service Type    **CERTIFIED MAIL**

4. Restricted Delivery? (Extra Fee)    ☐ Yes

1. Article Addressed to:

Maria Garza
3543 Calle Costa Rica Rd.
Brownsville, TX 78521

PS Form 3811, July 2001          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:      ☐ Yes  ☐ No

PLACE STICKER AT TO THE RIGHT

Thank you for using Return Receipt Service

WALZ Certified Mailer™  1-800-882-3811  www.walzpostal.com

BENNETT, WESTON & LaJONE, P.C.Error! Bookmark not defined.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                           Fax: (214) 373-6810


January 4, 2005

**PERSONAL AND CONFIDENTIAL**
Maria Isabel Garza
3543 Calle Costa Rica Rd.
Brownsville, TX 78521
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**NO.** ~~7101 7596 0450 0600 1375~~ **AND REGULAR MAIL**

Re:     *United States of America v. Maria Isabel Garza*, Civil Action B-03-103

Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure.  The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

You must respond fully and truthfully to the discovery requests within the time allowed.  If you need additional time, please call us immediately.

If you wish to settle this claim, please call us.

Y WITH ANY QUESTIONS ABOUT YOUR RIGHTS.

Yours very truly,

*Michael Weston*
J. MICHAEL WESTON

**TO:**   Maria  Garza
3543 Calle Costa Rica Rd.
Brownsville, TX  78521

.ECT DEBTS FOR CLIENTS.
[T]TEMPT TO COLLECT A DEBT.
.AINED WILL BE USED FOR THAT PURPOSE.

**SEND**ER: ds

RE ___ **Certified Article Number**

? 7101 7596 0450 0001 3757

**SENDERS RECORD**

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | $0.37 |
| | Certified Fee | $2.30 |
| | Return Receipt Fee | $1.75 |
| | Restricted Delivery | $0.00 |
| | Total Postage & Fees | $4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use For International Mail

POSTMARK OR DATE

1/6/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,                    §
                                             §
*versus*                                     §         Civil Action B-03-103
                                             §
Maria Isabel Garza                           §

## POST-JUDGMENT DISCOVERY

TO:    Maria Isabel Garza, 3543 Calle Costa Rica Rd., Brownsville, TX 78521

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and truthfully and/or to produce all requested documents are serious matters which will be brought to the attention of the court.

**You are required to supply any updated information or documents requested herein, but need not supply answers or produce documents that were previously answered or produced.**

### INSTRUCTIONS

1.    Send your sworn answers to the interrogatories and produce the requested documents for inspection and copying **within 30 days of your receipt** of this Post-Judgment Discovery to

> J. Michael Weston
> BENNETT, WESTON & LaJONE, P.C.
> 1750 Valley View Lane, Suite 120
> Dallas, Texas 75234

2.    Answer each Interrogatory in the space provided. If you need additional space, attach another page.

3.    **IF YOU FAIL TO ANSWER ANY INTERROGATORY COMPLETELY OR FAIL TO PRODUCE ANY DOCUMENT FOR ANY REASON**, state the reason(s) for your

failure to answer or produce the documents.  For example, if you have no documents that are described in a written request, write "none" in the after the description.

## DEFINITIONS

4.  "Document" means every writing or record of every type and description in your possession, custody or control.

5.  "You," or "Your" refers to Maria Isabel Garza, and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7101 7596 0450 0001 3715 )and regular mail on this 10 day of January , 2005.

_____

**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                              Fax: (214) 373-6810

April 20, 2005

Maria Isabel Garza
3543 Calle Costa Rica Rd.
Brownsville, TX 78521

    Re:    **United States of America v. Maria Isabel Garza**, No. B-03-103, Judgment dated: June 4, 2003

**YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY SERVED ON YOU.**

**You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.**

THIS IS A SERIOUS MATTER.  CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,



**J. MICHAEL WESTON**
