UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. **B-03-103** |
| | § | |
| **MARIA ISABEL GARZA** | | |

## ORDER COMPELLING DISCOVERY RESPONSES

**Maria Isabel Garza** must fully respond to the interrogatories and requests for production served upon **Maria Isabel Garza** by the United States by **September 12, 2005**.

If **Maria Isabel Garza** fails to comply with this order, **she** Garza may be held in contempt.

SIGNED this _____ day of _____, 2005 at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge