IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL NO. B-03-103 |
| MARIA ISABEL GARZA | § | |

## ORDER

Maria Isabel Garza must fully respond to the interrogatories and requests for production served upon Maria Isabel Garza by the United States by October 14, 2005.

If Maria Isabel Garza fails to comply with this order, she, Defendant Maria Isabel Garza, may be held in contempt.

Signed this 16th day of August, 2005.

Andrew S. Hanen
United States District Judge