# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

MAR 28 20..

Michael N. Milby, C..

Maria Isabel Garza
1106 Calle Galaxia
Brownsville Tx 78520

---

Case: 1:03-cv-00103   Instrument: 4   (1 pages)
Date: Aug 16, 2005
Control: 050822892
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
        and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
        and
Register on-line for a training class to receive your user privileges.

